

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jeanluc Joiles & Jaime Rosario Jr.*, 19 Cr. 807 (LAP)

Dear Judge Preska:

    A status conference in the above-captioned case is currently scheduled for January 6, 2020. The Government respectfully requests, with the consent of both defense counsel that the conference be adjourned by approximately thirty days. The Government further moves, with the consent of both defense counsel, that time be excluded under the Speedy Trial Act through the date of the next scheduled conference. Such an exclusion would be in the interest of justice as it would allow for discussions concerning a disposition and the review of discovery to continue. *See* 18 U.S.C. § 3161(h)(7)A).

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

                by: *Daniel Nessim*
                     Daniel G. Nessim
                     Assistant United States Attorney
                     (212) 637-2486

```
The status conference is adjourned to February 5, 2020,
at 10:00 a.m.  Time is excluded under the Speedy Trial
Act through the date of the conference.

SO ORDERED.

January 3, 2020        _____
                       Loretta A. Preska
                       Senior U.S. District Judge
```