

LAW OFFICES OF DERRICK MAGWOOD
ATTORNEYS AT LAW
170 Old Country Road, Suite 502
Mineola, NY 11501
(516) 396 – 6648



Derrick Magwood, Esq.

March 8, 2020

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jean Luc Joiles, 19 Cr. 807(LAP)*
            Docket No. 0207 2:18CR00566-001

Dear Judge Preska:

    This letter is respectfully submitted to request an adjournment of this matter until April 9, 2020. I am currently engaged in trial in New York County Supreme Court. I am going into week three of trial.

    Thank you in advance for your consideration of this matter.

                                                 Respectfully submitted,

                                                 Derrick Magwood, Esq.

cc: Daniel G. Nessim Esq.

The conference is adjourned to April 8, 2020 at 10:00 a.m.

SO ORDERED

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE

3/9/2020