# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

June 25, 2020

**Via ECF**

Hon. Loretta A. Preska
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE: U.S. v. Jean-Luc Joiles & Jaime Rosario, 19 Cr. 807

Dear Judge Preska:

  This office represents the defendant Jaime Rosario in the above-captioned case. I write of behalf of all parties to request that the conference currently scheduled for Monday, June 29, 2020 be adjourned. Based on AUSA Daniel Nessim's conversation with chambers, we would jointly propose that the conference be adjourned to September 14, 2020 at 4:00 P.M. The purpose of the adjournment is to permit the parties an opportunity to continue discussing potential dispositions.

  I have communicated with Derrick Magwood, counsel for Mr. Rosario's co-defendant Jean-Luc Joiles. Both defendants consent to the exclusion of speedy trial time.

  Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

> The conference is adjourned to September 14 at 4:00 p.m. In order for counsel to continue their discussions towards a disposition, time from today to September 14 is excluded from calculation under the Speedy Trial Act in the interests of justice.

CC: All counsel (via ECF and email)

SO ORDERED.
Dated: June 26, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

260 MADISON AVENUE, 17TH FLOOR • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM