

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2020

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Re: *United States v. Jeanluc Joiles & Jaime Rosario Jr.*, 19 Cr. 807 (LAP)

Dear Judge Preska:

    The Court recently adjourned a status conference in the above-captioned case to October 15, 2020 at 2:00 p.m. The Government moves, with the consent of both defense counsel, that time be excluded under the Speedy Trial Act through October 15, 2020. Such an exclusion would be in the interest of justice as it would allow for discussions concerning a disposition of this matter and the review of discovery to continue. *See* 18 U.S.C. § 3161(h)(7)A).

SO ORDERED
Loretta A. Preska
9/17/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: Daniel Nessim
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486