```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JEANLUC JOILES, JAIME ROSARIO, JR.,<br><br>                    Defendants. | No. 19-CR-807 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Trial in this matter was originally scheduled for June 7, 2021, but the Jury Department has since confirmed a date of June 9.  Accordingly, trial will begin on June 9, 2021 at 10:00 a.m. in Courtroom 12A of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York 10007.

    Counsel shall confer and inform the Court of a proposed schedule for briefing any motions <u>in limine</u> so as to have briefing completed no less than one month before trial.  Counsel shall submit a proposed schedule promptly.

    The Government shall forward its requests to charge to the defense in time for review and submission to the Court one week before trial.  The parties shall submit the Government's requests together with any modifications, additions, or deletions requested by the defense.

    Counsel shall also submit requested <u>voir dire</u> questions one week before trial.

Speedy Trial time is excluded until the new trial date in the interests of justice.

**SO ORDERED.**

Dated:     March 3, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge