UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    - v -<br><br>Jeanluc Joiles, | 19 CR 807-01 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The CJA attorney on duty today, Bobbi Sternheim is appointed to represent the defendant as second opinion counsel.

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 25, 2021
New York, New York