UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JEANLUC JOILES, et al.,<br><br>   Defendants. | No. 19-CR-807 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Consistent with the discussion at the conference on April 15, 2021, the Court orders as follows:

(1) Defendant Jaime Rosario's time to reply to the Government's opposition to his motions to suppress and to sever is extended until April 23, 2021.

(2) The CJA Attorney on duty today, Nicole Friedlander, is appointed to represent Defendant Jeanluc Joiles.  Mr. Magwood is hereby relieved as attorney for Mr. Joiles, and Ms. Sternheim is hereby relieved as consulting counsel.

The Clerk of the Court shall mail a copy of this order to: (1) Jeanluc Joiles, Register No. 87298-054, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 22232; and (2) Jaime Rosario, Register No. 87342-054, Metropolitan Correctional Center, 150 Park Row, New York, NY 10007.

**SO ORDERED.**

Dated:   April 15, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1