UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
          -against-                     :           **ORDER**
                                        :
                                        :           19cr807-01 (LAP)
 Jeanluc Joiles                         :
                                        :           _____
                                        :           Docket #
----------------------------------------x


 Loretta A. Preska
_____, DISTRICT JUDGE:
      Judge's Name

The C.J.A. attorney assigned to this case
 Nicole Friedlander
_____ is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Elizabeth Macedonio         , NUNC-PRO-TUNC  April 28, 2021  .
                     _____                   _____
                           Attorney's Name

                                        SO ORDERED.

                                    *Loretta A. Preska*
                                    _____
                                    UNITED STATES DISTRICT JUDGE


         April 28, 2021
Dated:   New York, New York