UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          -against-<br><br>JEANLUC JOILES, et al.,<br><br>          Defendants. | 19 CR. 807 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Trial is rescheduled to begin on Monday, January 3, 2022 at 10:00 a.m.

**SO ORDERED.**

Dated:    November 15, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1