

**The Law Office of Elizabeth E. Macedonio**

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell 917-533-5965 • Email: emacedonio@Yahoo.com

November 19, 2021

<u>Via ECF</u>

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

                Re: <u>United States v. Jeanluc Joiles, et. al,</u>
                    19 Cr. 807 (LAP)

Dear Judge Preska:

    With the consent of the government and co-counsel, I write to request <u>an adjournment of the motion schedule in the above referred matter</u>. Motions are currently due to be submitted on November 22, 2021.

    The within request is made to allow counsel time to review and research issues that may be presented at trial. Your Honor recently appointed additional counsel to assist in Mr. Joiles defense. In order for counsel to have sufficient time to review the voluminous discovery and prepare motions, we ask that we be permitted to submit motions on or before December 2, 2021.

    I thank Your Honor for her consideration in this matter.

```
Counsel shall confer and propose a
briefing schedule by letter.

SO ORDERED.

Dated:    November 19, 2021
          New York, New York
```

Respectfully submitted,

*Elizabeth E. Macedonio*
Elizabeth Macedonio
*Attorney for the Defendant*
*Jeanluc Joiles*

*/s/ Loretta A. Preska*
```
LORETTA A. PRESKA
Senior United States District Judge
```