

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell 917-533-5965 • Email: emacedonio@Yahoo.com

November 19, 2021

**Via ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Jeanluc Joiles, et. al,
19 Cr. 807 (LAP)

Dear Judge Preska:

Pursuant to the Court's November 19, 2021 Order (Dkt. 141), I write on behalf of the parties, to propose the following schedule for the filing of motions *in limine*:

Opening Motions: December 2, 2021

Oppositions: December 9, 2021.

I thank Your Honor for her consideration in this matter.

```
SO ORDERED.

Dated:     November 22, 2021
           New York, New York
```

Respectfully submitted,

*Elizabeth E. Macedonio*
Elizabeth Macedonio
*Attorney for the Defendant*
*Jeanluc Joiles*

*[signature: Loretta A. Preska]*

```
LORETTA A. PRESKA
Senior United States District Judge
```