UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>JEANLUC JOILES, JAIME ROSARIO, JR.,<br><br>               Defendants. | No. 19-CR-807 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for an in-person conference on Wednesday, December 8, 2021 at 12:00 p.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    December 2, 2021
           New York, New York

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge