

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell 917-533-5965 • Email: emacedonio@Yahoo.com

December 9, 2021

**Via ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Jeanluc Joiles, et. al,
19 Cr. 807 (LAP)

Dear Judge Preska:

With the consent of the Government, I write to request an adjournment of the motion schedule in the above referred matter. Responses to motions *in limine* are currently due to be submitted on December 9, 2021.

The within request is made to allow counsel time to review and discuss the Government's amended plea agreement with Mr. Joiles which expires on December 13, 2021. Your Honor recently adjourned Mr. Joiles trial to April 4, 2022. Based on the potential plea agreement and the amended trial schedule, we ask that we be permitted to submit responses to the Government's motions *in limine* by January 24, 2022.

I thank Your Honor for her consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*
Elizabeth Macedonio
*Attorney for the Defendant*
Jeanluc Joiles

```
SO ORDERED.
Dated:    December 10, 2021
          New York, New York
```

*Loretta A. Preska*

```
LORETTA A. PRESKA
Senior United States District Judge
```