UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JEANLUC JOILES, JAIME ROSARIO, JR.,

                Defendants.

No. 19-CR-807 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the acceptance of Defendant Jeanluc Joiles's plea on December 20, 2021, Defendant Jaime Rosario, Jr. is reminded that jury selection will occur on January 11, 2022 at 10:00 a.m. with trial commencing on January 26, 2022 at 10:00 a.m.

**SO ORDERED.**

Dated:    December 20, 2021
            New York, New York

                                      *[signature]*
                              LORETTA A. PRESKA
                              Senior United States District Judge