

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: Emacedonio@Yahoo.com

November 18, 2022

**VIA ECF**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Jeanluc Joiles
19 Cr. 807 (LAP)

Dear Judge Preska:

I represent Jeanluc Joiles in the above referenced matter. The case is on the Court's calendar for December 8, 2022, for sentencing at 11 in the morning. For the reasons stated below, I ask that the time be moved to 9 in the morning.

On November 14, 2022, I was set to commence a one-week trial before the Honorable Frederic Block in the Eastern District of New York (*United States v. Hewitt*, 19 Cr. 323). However, as my co-counsel was unable to proceed due to illness, Judge Block has rescheduled the trial with a starting date of December 5, 2022. That being the situation, if the EDNY trial proceeds as currently scheduled, I will not be able to appear before Your Honor on December 8, 2022, at 11 in the morning.

Therefore, I ask that the Court move Mr. Joiles sentence time to 9 in the morning so that I can be in front of Judge Block as early as possible. I have alerted Judge Block's chambers as to this conflict. The government consents to this request.

I thank Your Honor for her continued consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Jeanluc Joiles*

All Parties Via ECF

```
The parties shall appear in Courtroom 12A on
December 8, 2022, at 9:00 AM.

SO ORDERED.
```
_____
11/18/2022