UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

JEANLUC JOILES,

                    Defendant.

No. 19-CR-807 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

       The sentencing scheduled for December 8, 2022, at 9:00 AM

(dkt. no. 204) is adjourned. The parties shall appear on

December 13, 2022, at 12:00 PM in Courtroom 12A.


**SO ORDERED.**

Dated:     December 7, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1