UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JEANLUC JOILES,<br><br>                    Defendant. | No. 19-CR-807 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The sentencing scheduled for December 13, 2022, at 12:00 PM (dkt. no. 208) is adjourned. The parties shall appear on January 5, 2023, at 2:30 PM in Courtroom 12A.

**SO ORDERED.**

Dated:    December 13, 2022
            New York, New York

                              *Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge